## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | MJ NO. 25-mj-183-GMH |
| | : | |
| **ZAVIER R. HILL,** | : | **VIOLATIONS:** |
| | : | 18 U.S.C. § 922(g)(1) |
| Defendant. | : | **(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)** |
| | : | |
| | : | **FORFEITURE: 18 U.S.C. § 924(d),** |
| | : | **21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c)** |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about August 26, 2025, within the District of Columbia, **ZAVIER R. HILL**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of Douglas County, Georgia, Criminal Number 08CR00898, did unlawfully and knowingly receive and possess a firearm, that is, a Ruger LCR .38 Special TP Revolver, Serial Number 54326717, and did unlawfully and knowingly receive and possess ammunition, that is, five .38 Special Ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## **FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count One of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of these offenses, including but not limited to, a Ruger LCR .38 Special TP Revolver, Serial Number 54326717 and five rounds of .38 Special Ammunition.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

    (**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

Respectfully submitted,

JEANIE FERRIS PERRO
UNITED STATES ATTORNEY

By:     /s/ Michael T. Truscott
Michael T. Truscott
Assistant United States Attorney
DC Bar Number 1685577
601 D Street, N.W., 5.1513
Washington, DC 20001
Desk: (202) 252-7223
Michael.truscott2@usdoj.gov